IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01319-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$40,343.00 IN UNITED STATES CURRENCY,
2005 FORD F-350, VIN: 1FTWW31P15EA57307, and
**2013 CAN-AM COMMANDER ATV, VIN: 3JBKVXP13DJ000504**,

    Defendants.

---

### ORDER TO DISMISS DEFENDANT
### 2013 CAN-AM COMMANDER ATV, VIN: 3JBKVXP13DJ000504
### WITHOUT PREJUDICE

---

THIS MATTER comes before the Court on the Plaintiff's Motion to Dismiss Defendant 2013 Can-Am Commander ATV, VIN:  3JBKVXP13DJ000504 [ECF Doc. No. 19], filed September 25, 2015.  Pursuant to Federal Rule of Civil Procedure 41(a)(2), and the Court having reviewed said motion, it is hereby

ORDERED that Plaintiff's Motion to Dismiss [ECF Doc. No. 19], filed September 25, 2015, is **GRANTED.**  It is further

ORDERED that defendant 2013 Can-Am Commander ATV, VIN: 3JBKVXP13DJ000504 is **dismissed without prejudice** from this action.

Dated: September 28, 2015

BY THE COURT:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE